**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: 07-02797-DD

FINAL DECREE

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

---

**FILED BY THE COURT**
**11/12/2008**



Entered: 11/13/2008

_____
US Bankruptcy Court Judge
District of South Carolina

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | ) CHAPTER 11 |
| | ) |
| Carolina Cargo Inc. Of Rock Hill | ) CASE NO: 07-02797-DD |
| | ) |
| | ) FINAL DECREE |
| | ) |
| | ) |
| Debtor(s). | ) |
| | ) |

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    The chapter 11 case of the above named debtor is closed; and the court's jurisdiction is ended except as provided in 11 U.S.C. §1142;

    All quarterly fees due and owing the United States Trustee pursuant to 11 U.S.C. 1930(a)(6) must be paid current through the date of entry of this order.

C11-313:10/20/2000